# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

___Glorbman Lamont Brown___
Plaintiff

v.   Civil Action No. 1:09CV573

___Classificational Officer: J. Ewart___
Defendant

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  J. Ewart
Rowan County Dentention Center
115 West Liberty St.
Salisbury N.C. 28144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Glorbman Lamont Brown #0049524
Marion Correctional Institution
P.O. Box 2405
Marion, NC 28752

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/8/10

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Glorbman Lamont Brown <br> *Plaintiff* <br> v. <br> Nurse: Morgan <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 1:09CV573 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nurse Morgan
Rowan County Detention Center
115 West Liberty St.
Salisbury N.C. 28144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Glorbman Lamont Brown #0049524
Marion Correctional Institution
P.O. Box 2405
Marion, NC 28752

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/8/10

_____
Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

Glorbman Lamont Brown
*Plaintiff*

v.   Civil Action No. 1:09 CV 573

Master Deputy: Faggart
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Master Deputy Faggart
Rowan County Detention Center
115 West Liberty St.
Salisbury N.C. 28144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Glorbman Lamont Brown # 0049524
Marion Correctional Institution
P.O. Box 2405
Marion, NC 28752

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/8/10

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| | |
|---|---|
| Glorbman Lamont Brown <br> *Plaintiff* <br> v. <br> Officer: A. Lane <br> *Defendant* | ) ) ) ) ) ) ) <br> Civil Action No. 1:09CV573 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer A. Lane
Rowan County Detention Center
115 W. Liberty St.
Salisbury N.C. 28144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Glorbman Lamont Brown #00N9524
Marion Correctional Institution
P.O. Box 2405
Marion, NC 28752

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/8/10

Juma Law
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| | |
|---|---|
| Glorbman Lamont Brown <br> _Plaintiff_ <br> v. <br> Lieutenant Lane <br> _Defendant_ | ) ) ) ) ) ) ) Civil Action No. 1:09CV573 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lieutenant Lane
Rowan County Detention Center
115 West Liberty St.
Salisbury N.C. 28144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Glorbman Lamont Brown #0049524
Marion Correctional Institution
P.O. Box 2405
Marion, NC 28752

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/8/10

_____
Signature of Clerk or Deputy Clerk