USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| GLORBMAN LAMONT BROWN | 1:09CV573 |
| DEFENDANT | TYPE OF PROCESS |
| J. EWART, et al. | Complaint/Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
J. EWART, ROWAN COUNTY DETENTION CENTER
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
115 WEST LIBERTY STREET, SALISBURY, NC 28144

FILED JUN 2 5 2010 IN THIS OFFICE Clerk U.S. District Court Greensboro N.C.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

GLORBMAN LAMONT BROWN #0049524
MARION CORRECTIONAL INSTITUTION
P.O. BOX 2405
MARION, NC 28752

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

PRO SE / IFP

| Signature of Attorney other Originator requesting service on behalf of: JOHN S. BRUBAKER, Clerk of Court | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 336-332-6030 | DATE 6/8/10 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 5~~7~~ | District of Origin No. 57 | District to Serve No. 57 | Signature of Authorized USMS Deputy or Clerk S. Cummings | Date 6/9/10 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date 6/11/10 | Time | ☐ am ☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy
Susan Cummings DSO

| Service Fee 8.00 | Total Mileage Charges including *endeavors* / | Forwarding Fee / | Total Charges 8.00 | Advance Deposits / | Amount owed to U.S. Marshal* or (Amount of Refund*) 8.00 $0.00 |
|---|---|---|---|---|---|

REMARKS: 6/10/10 CM 7009-0820-0000-2457-6112
6/14/10 Postal Receipt Returned Signed

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Kin mor  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>J. Ewart<br>c/o Rowan Co. Det.<br>115 W. Liberty St.<br>Salisbury, NC 28144 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service) | 7009 0820 0000 2457 6112 |

PS Form 3811, February 2004   9|573   Domestic Return Receipt   102595-02-M-1540