IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
1:09-cv-573

GLORBMAN LAMONT BROWN,

      Plaintiff,

vs.

ROWAN COUNTY DETENTION CENTER, OFFICER J. EWART, OFFICER A. LANE, NURSE MORGAN, MASTER DEPUTY FAGGART, LIEUTENANT LANE,

      Defendants.

**DEFENDANTS ROWAN COUNTY DETENTION CENTER, EWART, MORGAN, FAGGART, AND LIEUTENANT LANE'S MOTION TO DISMISS AND MOTION FOR MORE DEFINITE STATEMENT**

## MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(5)

**NOW COME** Defendants Rowan County Detention Center, Ewart, Morgan, Faggart, and Lieutenant Lane and move the Court, pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, for an order dismissing the Plaintiff's Complaint in its entirety for failure to comply with Federal Rule of Civil Procedure 4(m), and in support of the motion, show unto the Court as follows:

1. The Plaintiff filed his Complaint on July 29, 2009.

2. The Plaintiff first had summonses issued for Defendants Ewart, Lane, Morgan, Faggart, and Lane on June 8, 2010.

3. The Plaintiff has not had a summons issued for the purported Defendant Rowan County Detention Center.

4. More than 120 days passed between the filing of the Complaint and the issuance of any of the summonses.

**WHEREFORE**, Defendants Rowan County Detention Center, Ewart, Morgan, Faggart, and Lieutenant Lane pray unto the Court for an Order dismissing the Plaintiff's

Complaint in its entirety for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure.

## MOTION FOR MORE DEFINITE STATEMENT

**NOW COME** Defendants Rowan County Detention Center, Ewart, Morgan, Faggart, and Lieutenant Lane and, in the alternative, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, move the Court for an Order directing the Plaintiff to provide a more definite statement of his claims. In support of the Motion, the Defendants show unto the Court as follows:

1. The Plaintiff has not alleged a specific date on which any of the events described occurred.
2. The Plaintiff did not allege any jurisdictional grounds for the claims.
3. The Plaintiff has not alleged any duty that any of the Defendants owed him.
4. The Plaintiff has not alleged any duty that has been breached.
5. The Plaintiff has not alleged any specific federal or state statute that the Defendants violated.
6. The Plaintiff has not alleged any specific common law cause of action against the Defendants.
7. The Plaintiff failed to allege how he was injured by any conduct of the Defendants.
8. The Plaintiff failed to allege what relief he sought for each claim.
9. The Plaintiff's Complaint does not contain individual, numbered paragraphs.

10. The Plaintiff's Complaint does not distinguish between any claims he may have.

11. The Plaintiff failed to distinguish btween

12. The Complaint is otherwise so vague and/or ambiguous that the Defendants cannot reasonably be expected to form a responsive pleading thereto.

**WHEREFORE**, Defendants Rowan County Detention Center, Ewart, Morgan, Faggart, and Lieutenant Lane pray unto the Court for an Order, in the alternative that the Complaint is not dismissed, directing the Plaintiff to make a more definite statement of his claims and to cure the other deficiencies described above.

This the 2nd Day of July, 2010.

**TEMPLETON & RAYNOR, P.A.**

*/s/ Kenneth R. Raynor*
Kenneth R. Raynor
*(Attorney for Defendants Rowan Co. Detention Center, Ewart, Lane, Morgan, Faggart)*
1800 East Boulevard
Charlotte, NC 28203
Phone 704.344.8500; Fax 704.344.8555
*ken@templetonraynor.com*
N.C. Bar No.: 10488

Page 3

## CERTIFICATE OF SERVICE

       I hereby certify that on July 2, 2010, I electronically filed the foregoing **Motion for More Definite Statement** with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the document to the following non-CM/ECF participants:

Mr. Glorbman L. Brown, Pro Se Plaintiff
MARION CORRECTIONAL INSTITUTION
#0049524
P.O. Box 2405
Marion, NC 28752

       This the <u>2nd</u> Day of July, 2010.

*/s/Kenneth R Raynor*
Kenneth R Raynor
**TEMPLETON & RAYNOR, P.A.**

Page 4